No. 174. McGRATH, ATTORNEY GENERAL, *v.* NATIONAL ASSOCIATION OF MANUFACTURERS OF THE UNITED STATES

OF AMERICA ET AL., *ante*, p. 804. Rehearing denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion the petition should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application.